FILED: January 22, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4595
(2:21-cr-00020-TSK-MJA-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JASON STEVEN KOKINDA

       Defendant - Appellant

_____

O R D E R
_____

For reasons appearing to the court, the parties are directed to file supplemental briefs addressing the application of *Loper Bright Enterprises v. Raimondo*, 603 U.S. 369 (2024), to this case.

The argument section of the briefs shall not exceed ten pages. The briefs are to be filed simultaneously and no later than the close of business on February 3, 2025.

For the Court

/s/ Nwamaka Anowi, Clerk